# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

    Plaintiff,

v.

Corizon, Inc., et al.

    Defendants.

Case No: 2:19-cv-10944
District Judge: Mark A. Goldsmith
Magistrate Judge: R. Steven Whalen

| EXCOLO LAW PLLC | CHAPMAN LAW GROUP |
|---|---|
| Keith Altman (P81702) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Attorney for Plaintiff | Jonathan C. Lanesky (P59740) |
| 26700 Lahser Road, Suite 401 | Attorneys for Defendants Corizon, Inc. and Quality Correctional Care of Michigan, P.C. |
| Southfield, MI 48033 | 1441 West Long Lake Rd., Suite 310 |
| (866) 939-2656 | Troy, MI 48098 |
| kaltman@excololaw.com | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | jlanesky@chapmanlawgroup.com |

## **DEFENDANT CORIZON, INC. AND QUALITY CORRECTIONAL CARE OF MICHIGAN, P.C.'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT C**    407 Referral Data for the Years 2017-2020

| REFERRAL COUNT | | | |
|---|---:|---:|---:|
| Row Labels | APPROVED | DENIED | Grand Total |
| Chemotherapy | 1,503 | 44 | 1,547 |
| Dialysis | 147 | | 147 |
| Imaging | 9,555 | 1,984 | 11,539 |
| Lab | 36 | 7 | 43 |
| Office Visit | 26,385 | 5,912 | 32,297 |
| OnSite - Other | | 1 | 1 |
| Outpatient Procedure | 6,203 | 1,169 | 7,372 |
| Physical/Occupational Therapy | 172 | 20 | 192 |
| Radiation Therapy | 3,197 | 11 | 3,208 |
| **Grand Total** | **47,198** | **9,148** | **56,346** |

| REFERRAL PERCENT | | | |
|---|---:|---:|---:|
| Row Labels | APPROVED | DENIED | Grand Total |
| Chemotherapy | 2.67% | 0.08% | 2.75% |
| Dialysis | 0.26% | 0.00% | 0.26% |
| Imaging | 16.96% | 3.52% | 20.48% |
| Lab | 0.06% | 0.01% | 0.08% |
| Office Visit | 46.83% | 10.49% | 57.32% |
| OnSite - Other | 0.00% | 0.00% | 0.00% |
| Outpatient Procedure | 11.01% | 2.07% | 13.08% |
| Physical/Occupational Therapy | 0.31% | 0.04% | 0.34% |
| Radiation Therapy | 5.67% | 0.02% | 5.69% |
| **Grand Total** | **83.76%** | **16.24%** | **100.00%** |