# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

   Plaintiff,

v.

Corizon, Inc., et al.

   Defendants.

Case No: 2:19-cv-10944
District Judge: Mark A. Goldsmith
Magistrate Judge: R. Steven Whalen

---

| EXCOLO LAW PLLC | CHAPMAN LAW GROUP |
|---|---|
| Keith Altman (P81702) | Ronald W. Chapman Sr., M.P.A., |
| Attorney for Plaintiff | LL.M. (P37603) |
| 26700 Lahser Road, Suite 401 | Jonathan C. Lanesky (P59740) |
| Southfield, MI 48033 | Attorneys for Defendants Corizon, Inc. and |
| (866) 939-2656 | Quality Correctional Care of Michigan, P.C. |
| kaltman@excololaw.com | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | jlanesky@chapmanlawgroup.com |

---

## DEFENDANT CORIZON, INC. AND QUALITY CORRECTIONAL CARE OF MICHIGAN, P.C.'S MOTION FOR SUMMARY JUDGMENT

**EXHIBIT E**  Affidavits from Corizon Providers regarding Corizon 407 Policies

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

      Plaintiff,

v.

Corizon, Inc., et al.

      Defendants.

Case No: 2:19-cv-10944

District Judge: Mark A. Goldsmith

---

| EXCOLO LAW PLLC | CHAPMAN LAW GROUP |
|---|---|
| Keith Altman (P81702) | Ronald W. Chapman Sr., M.P.A., |
| Attorney for Plaintiff | LL.M. (P37603) |
| 26700 Lahser Road, Suite 401 | Jonathan C. Lanesky (P59740) |
| Southfield, MI 48033 | Attorneys for Defendants Corizon, Inc., and |
| (866) 939-2656 | Quality Correctional Care of Michigan, P.C. |
| kaltman@excololaw.com | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | jlanesky@chapmanlawgroup.com |

---

## <u>AFFIDAVIT OF PATRICIA SCHMIDT, D.O.</u>

STATE OF MICHIGAN     )
                          ) SS
COUNTY OF OAKLAND    )

     I, PATRICIA SCHMIDT, D.O., being sworn state that if I were called to testify as a witness in this matter, I would testify to the following facts upon my experience and personal knowledge of the training and expectations of Corizon Health's Medical Providers and the 407 process in the State of Michigan:

1

1. I am a Doctor of Osteopathic Medicine licensed to practice in the State of Michigan.

2. I am the Statewide Medical Director for Corizon Health formerly known as Corizon Health, Inc.

3. I have been the Statewide Medical Director for Corizon since July 26, 2019.

4. In my role as the Statewide Medical Director, I have personal knowledge and experience with the training and expectations of the Medical Providers along with the 407 process.

5. To the best of my knowledge, information, and belief:

   a. Contrary to the allegations in Plaintiff's Complaint, Medical Providers are never punished or discouraged from providing care or writing to many 407's.

   b. Contrary to the allegations in Plaintiff's Complaint, Corizon Health provides evidence-based healthcare and profit is never a consideration.

   c. Contrary to the allegations in Plaintiff's Complaint, the Medical Providers are encouraged to advocate for their patients and are never disciplined or discouraged from providing the appropriate evidence-based healthcare.

6. The statements made in this Affidavit are true and accurate to the best of my current knowledge, information, and belief.

Further affiant sayeth not,

PATRICIA SCHMIDT, D.O.
Corizon Health's Statewide Medical Director

Dated: February 19, 2021

Sworn to and subscribed before me this 19th
day of _____ , 2021.

_____
Notary Public, State of Michigan
County of _Oakland_
My Commission expires: 2-15-25
Acting in the County of _____

JONATHAN C LANESKY
Notary Public - Michigan
Oakland County
My Commission Expires Feb. 15, 2025
Acting in the County of_____

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

     Plaintiff,

                                 Case No: 2:19-cv-10944
                          District Judge: Mark A. Goldsmith

v.

Corizon, Inc., et al.

     Defendants.

| | |
|---|---|
| Excolo Law PLLC<br>Keith Altman (P81702)<br>Attorney for Plaintiff<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(866) 939-2656<br>kaltman@excololaw.com | Chapman Law Group<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Attorneys for Defendants Corizon, Inc. and<br>Quality Correctional Care of Michigan, P.C.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com |

## **AFFIDAVIT OF KEITH PAPENDICK, M.D.**

STATE OF MICHIGAN        )
                            )ss
COUNTY OF CALHOUN     )

     I, Keith Papendick, M.D., being sworn state that if I were called to testify as a witness in this matter, I would testify to the following facts upon my experience and personal knowledge of the training and expectations of Corizon Health's Medical Providers and the 407 process in the State of Michigan:

1. On all dates relevant to Plaintiff's Complaint, I was a physician licensed in the State of Michigan.

2. I have been the Utilization Management Outpatient Medical Director for Corizon since January of 2014.

3. In my role as the Medical Director Utilization Review, I have personal knowledge and experience with the training and expectations of the Medical Providers along with the 407 process.

4. To the best of my knowledge, information, and belief:

   a. Contrary to the allegations in Plaintiff's Complaint, Medical Providers are never punished or discouraged from providing care or writing too many 407's.

   b. Contrary to the allegations in Plaintiff's Complaint, Corizon Health provides evidence-based healthcare and profit is never a consideration.

   c. Contrary to the allegations in Plaintiff's Complaint, the Medical Providers are encouraged to advocate for their patients and are never disciplined or discouraged from providing the appropriate evidence-based healthcare.

5. The statements made in this Affidavit are true and accurate to the best of my current knowledge, information, and belief.


Further affiant sayeth not,

2

_(signature)_

KEITH PAPENDICK, M.D.

Dated: February 22 , 2021

Sworn to and subscribed before me this 22nd
day of February , 2021

_(signature)_

Notary Public, State of Michigan
County of Calhoun
My Commission expires: 12/16/2025
Acting in the County of Calhoun

> **MAGNOLIA FLICK**
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF KALAMAZOO
> My Commission Expires Dec. 16, 2025
> Acting in the County of CALHOUN

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

      Plaintiff,

v.

Corizon, Inc., et al.

      Defendants.

Case No: 2:19-cv-10944
District Judge: Mark A. Goldsmith

---

| | |
|---|---|
| EXCOLO LAW PLLC<br>Keith Altman (P81702)<br>Attorney for Plaintiff<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(866) 939-2656<br>kaltman@excololaw.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Attorneys for Defendants Corizon, Inc., and<br>Quality Correctional Care of Michigan, P.C.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com |

---

### AFFIDAVIT OF JEFFREY BOMBER, D.O.

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | )ss |
| COUNTY OF MACKINAW | ) |

I, JEFFREY BOMBER, D.O., being sworn state that if I were called to testify as a witness in this matter, I would testify to the following facts upon my experience and personal knowledge of the training and expectations of Corizon Health's Medical Providers and the 407 process in the State of Michigan:

1

1. On all dates relevant to Plaintiff's Complaint, I was a Doctor of Osteopathic Medicine licensed in the State of Michigan.

2. I was a Regional Medical Director for Corizon Health, Inc., from 2009 through 2015.

3. I was the State Medical Director for Corizon Health, Inc., for the Michigan Department of Corrections (MDOC) contract from July 2015 through January 2019.

4. In my role as State Medical Director, I have personal knowledge and experience with the training and expectations of the Medical Providers along with the 407 process.

5. To the best of my knowledge, information, and belief:

   a. Contrary to the allegations in Plaintiff's Complaint, Medical Providers are never punished or discouraged from providing care or writing to many 407's.

   b. Contrary to the allegations in Plaintiff's Complaint, Corizon Health provides evidence-based healthcare and profit is never a consideration.

   c. Contrary to the allegations in Plaintiff's Complaint, the Medical Providers are encouraged to advocate for their patients and are never disciplined or discouraged from providing the appropriate evidence-based healthcare.

2

6.     The statements made in this Affidavit are true and accurate to the best of my

current knowledge, information, and belief.

Further affiant sayeth not,

_____

JEFFERY BOMBER, D.O.

Dated: February __19TH_ 2021

Sworn to and subscribed before me this __19TH__
day of ___FEBRUARY___, 2021.

_____
Notary Public, State of Michigan
County of ___MACKINAC___
My Commission expires: _MARCH 3._ 2026
Acting in the County of __MACKINAC__

DIANE M. ALBRIGHT
NOTARY PUBLIC - STATE OF MICHIGAN
MACKINAC COUNTY
My commission expires March 3, 2026
Acting in the County of Mackinac

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

      Plaintiff,

v.

Corizon, Inc., et al.

      Defendants.

Case No: 2:19-cv-10944
District Judge: Mark A. Goldsmith

| | |
|---|---|
| EXCOLO LAW PLLC<br>Keith Altman (P81702)<br>Attorney for Plaintiff<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(866) 939-2656<br>kaltman@excololaw.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Attorneys for Defendants Corizon, Inc., and<br>Quality Correctional Care of Michigan, P.C.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com |

## AFFIDAVIT OF ROBERT LACY, D.O.

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | )ss |
| COUNTY OF OAKLAND | ) |

    I, Robert Lacy, D.O., being sworn state that if I were called to testify as a witness in this matter, I would testify to the following facts upon my experience and personal knowledge of the training and expectations of Corizon Health's Medical Providers and the 407 process in the State of Michigan:

1

1. On all dates relevant to Plaintiff's Complaint, I was a physician licensed in the State of Michigan.

2. I became a Regional Medical Director in approximately May of 2013.

3. In my role as Regional Medical Director, I have provided onboarding training and supervision to new medical providers in my region since May 2013.

4. Onboarding training covers information on the Eighth Amendment and prisoners' rights to medical care.

5. In my role a Regional Medical Director, I have personal knowledge and experience with the training and expectations of the Medical Providers along with the 407 process.

6. To the best of my knowledge, information, and belief:

    a. Contrary to the allegations in Plaintiff's Complaint, Medical Providers are never punished or discouraged from providing care or writing to many 407's.

    b. Contrary to the allegations in Plaintiff's Complaint, Corizon Health provides evidence-based healthcare and profit is never a consideration.

    c. Contrary to the allegations in Plaintiff's Complaint, the Medical Providers are encouraged to advocate for their patients and are never disciplined or discouraged from providing the appropriate evidence-based healthcare.

7.   The statements made in this Affidavit are true and accurate to the best of my current knowledge, information, and belief.

Further affiant sayeth not,

ROBERT LACY, D.O.

Dated: February _22_, 2021

Sworn to and subscribed before me this _22nd_ day of _February_, 2021.

_Elizabeth A. Smith_
Notary Public, State of Michigan
County of _Macomb_
My Commission expires: _08-09-2024_
Acting in the County of _Oakland_

ELIZABETH A SMITH
Notary Public, State of Michigan
County of Macomb
My Commission Expires 08-09-2024
Acting in the County of Oakland

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

                                              Case No: 2:19-cv-10944

        Plaintiff,                    District Judge: Mark A. Goldsmith

v.

Corizon, Inc., et al.

        Defendants.

| | |
|---|---|
| EXCOLO LAW PLLC | CHAPMAN LAW GROUP |
| Keith Altman (P81702) | Ronald W. Chapman Sr., M.P.A., |
| Attorney for Plaintiff | LL.M. (P37603) |
| 26700 Lahser Road, Suite 401 | Jonathan C. Lanesky (P59740) |
| Southfield, MI 48033 | Attorneys for Defendants Corizon, Inc., and |
| (866) 939-2656 | Quality Correctional Care of Michigan, P.C. |
| kaltman@excololaw.com | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | jlanesky@chapmanlawgroup.com |

## AFFIDAVIT OF RICKEY COLEMAN, D.O.

STATE OF COLORADO        )
                                )ss
COUNTY OF ARAPAHOE     )

        I, RICKEY COLEMAN, D.O., being sworn state that if I were called to testify as a witness in this matter, I would testify to the following facts upon my experience and personal knowledge of the training and expectations of Corizon Health's Medical Providers and the 407 process in the State of Michigan:

1

1. On all dates relevant to Plaintiff's Complaint, I was a Doctor of Osteopathic Medicine licensed in the State of Michigan and Colorado.

2. I was the Inpatient Medical Director of Utilization Management during the time period relevant to this case.

3. In my role as Inpatient Medical Director of Utilization, I have personal knowledge and experience with the training and expectations of the Medical Providers along with the 407 process.

4. To the best of my knowledge, information, and belief:

   a. Contrary to the allegations in Plaintiff's Complaint, Medical Providers are never punished or discouraged from providing care or writing too many 407's.

   b. Contrary to the allegations in Plaintiff's Complaint, Corizon Health provides evidence-based healthcare and profit is never a consideration.

   c. Contrary to the allegations in Plaintiff's Complaint, the Medical Providers are encouraged to advocate for their patients and are never disciplined or discouraged from providing the appropriate evidence-based healthcare.

5. The statements made in this Affidavit are true and accurate to the best of my current knowledge, information, and belief.

_Rickey Coleman D.O_

RICKEY COLEMAN, D.O.

Dated: February 17, 2021

Sworn to and subscribed before me this 17
day of Feb. , 2021.

_Alice Noffsinger_

Notary Public, State of Colorado
County of Arapahoe
My Commission expires: 01/04/2025
Acting in the County of Arapahoe

ALEXZANDRIA JORDIAN NOFFSINGER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214000242
MY COMMISSION EXPIRES 01/04/2025

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

      Plaintiff,

v.

Corizon, Inc., et al.

      Defendants.

Case No: 2:19-cv-10944
District Judge: Mark A. Goldsmith

---

| EXCOLO LAW PLLC | CHAPMAN LAW GROUP |
|---|---|
| Keith Altman (P81702) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Attorney for Plaintiff | Jonathan C. Lanesky (P59740) |
| 26700 Lahser Road, Suite 401 | Attorneys for Defendants Corizon, Inc., and |
| Southfield, MI 48033 | Quality Correctional Care of Michigan, P.C. |
| (866) 939-2656 | 1441 West Long Lake Rd., Suite 310 |
| kaltman@excololaw.com | Troy, MI 48098 |
| | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | jlanesky@chapmanlawgroup.com |

---

## AFFIDAVIT OF ROBERT CROMPTON, M.D.

STATE OF MICHIGAN     )
                        )ss
COUNTY OF MANISTEE    )

      I, ROBERT CROMPTON, M.D., being sworn state that if I were called to testify as a witness in this matter, I would testify to the following facts upon my experience and personal knowledge of the training and expectations of Corizon Health's Medical Providers and the 407 process in the State of Michigan:

1

1. On all dates relevant to Plaintiff's Complaint, I was a physician licensed in the State of Michigan.

2. I was a medical provider for Corizon Health during the time period relevant to this case.

3. In my role as a Medical Provider, I have personal knowledge and experience with the training and expectations of the Medical Providers along with the 407 process.

4. To the best of my knowledge, information, and belief:

   a. Contrary to the allegations in Plaintiff's Complaint, Medical Providers are never punished or discouraged from providing care or writing too many 407's.

   b. Contrary to the allegations in Plaintiff's Complaint, Corizon Health provides evidence-based healthcare and profit is never a consideration.

   c. Contrary to the allegations in Plaintiff's Complaint, the Medical Providers are encouraged to advocate for their patients and are never disciplined or discouraged from providing the appropriate evidence-based healthcare.

5. The statements made in this Affidavit are true and accurate to the best of my current knowledge, information, and belief.

2

Further affiant sayeth not,

Robert Crompton M.D.
ROBERT CROMPTON, M.D.

Dated: February 26, 2021

Sworn to and subscribed before me this 26
day of February , 2021.

Kendra Johnson

Notary Public, State of Michigan
County of Wexford
My Commission expires: 09/02/2022
Acting in the County of Manistee

KENDRA JOHNSON
NOTARY PUBLIC, STATE OF MI
COUNTY OF WEXFORD
MY COMMISSION EXPIRES Sep 2, 2022
ACTING IN COUNTY OF Manistee

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

      Plaintiff,

v.

Corizon, Inc., et al.

      Defendants.

Case No: 2:19-cv-10944
District Judge: Mark A. Goldsmith

---

| EXCOLO LAW PLLC | CHAPMAN LAW GROUP |
|---|---|
| Keith Altman (P81702) | Ronald W. Chapman Sr., M.P.A., |
| Attorney for Plaintiff | LL.M. (P37603) |
| 26700 Lahser Road, Suite 401 | Jonathan C. Lanesky (P59740) |
| Southfield, MI 48033 | Attorneys for Defendants Corizon, Inc., and |
| (866) 939-2656 | Quality Correctional Care of Michigan, P.C. |
| kaltman@excololaw.com | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | jlanesky@chapmanlawgroup.com |

---

### AFFIDAVIT OF JULIANA MARTINO, N.P.

STATE OF MICHIGAN     )
                     )ss
COUNTY OF MACOMB    )

I, JULIANA MARTINO, N.P., being sworn state that if I were called to testify as a witness in this matter, I would testify to the following facts upon my experience and personal knowledge of the training and expectations of Corizon Health's Medical Providers and the 407 process in the State of Michigan:

1

1. On all dates relevant to Plaintiff's Complaint, I was a nurse practitioner licensed in the State of Michigan.

2. I was a medical provider for Corizon Health during the time period relevant to this case.

3. In my role as a Medical Provider, I have personal knowledge and experience with the training and expectations of the Medical Providers along with the 407 process.

4. In my role as a Medical Provider, I had the opportunity to write many 407's on behalf of inmate Temujin Kensu.

5. To the best of my knowledge, information, and belief:

   a. Contrary to the allegations in Plaintiff's Complaint, I have never been punished or discouraged from providing care or writing 407 requests.

   b. Contrary to the allegations in Plaintiff's Complaint, Corizon Health provides evidence-based healthcare and profit is never a consideration.

   c. Contrary to the allegations in Plaintiff's Complaint, I along with the other Medical Providers are encouraged to advocate for our patients and are never disciplined or discouraged from providing the appropriate evidence-based healthcare.

6. The statements made in this Affidavit are true and accurate to the best of my current knowledge, information, and belief.

2

Further affiant sayeth not,

_____
JULIANA MARTINO, N.P.

Dated: February 23, 2021

Sworn to and subscribed before me this 23
day of February, 2021.

_____
Notary Public, State of Michigan
County of St. Clair Ac
My Commission expires: 6.3.26
Acting in the County of Macomb

JULIE TOLLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF ST. CLAIR
MY COMMISSION EXPIRES Jun 3, 2026
ACTING IN COUNTY OF Macomb

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Temujin Kensu, #189355

   Plaintiff,

v.

Corizon, Inc., et al.

   Defendants.

Case No: 2:19-cv-10944
District Judge: Mark A. Goldsmith

| | |
|---|---|
| EXCOLO LAW PLLC<br>Keith Altman (P81702)<br>Attorney for Plaintiff<br>26700 Lahser Road, Suite 401<br>Southfield, MI 48033<br>(866) 939-2656<br>kaltman@excololaw.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Attorneys for Defendants Corizon, Inc., and<br>Quality Correctional Care of Michigan, P.C.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com |

## AFFIDAVIT OF PARVEEN A. MALIK, M.D.

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | )ss |
| COUNTY OF ORANGE | ) |

  I, Praveen Malik, M.D, being sworn state that if I were called to testify as a witness in this matter, I would testify to the following facts upon my experience with the Plaintiff and personal knowledge of the training and expectations of Correctional Medical Services, Inc. (CMS) and Prison Health Services, Inc Medical Providers in the State of Michigan:

1

1. On all dates relevant to Plaintiff's Complaint, I was a physician licensed in the State of Michigan and Florida.

2. I was a medical provider for Correctional Medical Services, Inc., and Prison Health Services, Inc from 2009-2010.

3. In my role as a Medical Provider, I had an opportunity to interact with the Plaintiff between 2009-2010..

4. In my role as a Medical Provider have personal knowledge and experience with the training and expectations of the Medical Providers along with the 407 process.

5. To the best of my knowledge, information, and belief:

   a. Contrary to the allegations in Plaintiff's Complaint, Medical Providers were never punished or discouraged from providing care or writing too many 407's.

   b. Contrary to the allegations in Plaintiff's Complaint, Correctional Medical Services, Inc., and Prison Health Services, Inc., provided evidence-based healthcare and profit was never a consideration.

   c. Contrary to the allegations in Plaintiff's Complaint, the Medical Providers were encouraged to advocate for their patients and where not disciplined or discouraged from providing the appropriate evidence-based healthcare.

2

6. The statements made in this Affidavit are true and accurate to the best of my current knowledge, information, and belief.

Further affiant sayeth not,

_____

Parveen Malik, M.D.

Dated: February ⎯18⎯, 2021

Sworn to and subscribed before me this ⎯18⎯
day of ⎯February⎯, 2021.

_____
Notary Public, State of Florida
County of ⎯Orange⎯
My Commission expires: ⎯Feb. 18, 2024⎯
Acting in the County of ⎯Orange⎯

FARAH JALIS NAWAZ
Commission # GG 959582
Expires February 18, 2024
Bonded Thru Budget Notary Services

3